HMK/mhb FS 7909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MAN FERROSTAAL, INC.,

        Plaintiff,           07 CIV 8812 (DLC)(DF)
                                                          ECF CASE

   -against-

M/V KANG SHUN, her engines, boilers, tackle, etc.,
SM CHINA CO., LTD., JESWICK SHIPPING LTD.,      **RULE 7.1 STATEMENT**
COSCO (HK) SHIPPING CO., LTD.


        Defendants.
-------------------------------------------------------------X

      PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION:   MAN FERROSTAAL AG, MAN AG

Dated: October 10, 2007

                                                  KINGSLEY, KINGSLEY & CALKINS
                                                  Attorneys for Plaintiff


                                                  BY:___/S/_____
                                                      HAROLD M. KINGSLEY
                                                      91 W. Cherry Street
                                                      Hicksville, New York 11801
                                                      (516) 931-0064