UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAN FERROSTAAL, INC.,

                Plaintiff,

-V-

M/V KANG SHUN her engines, boilers, tackles etc., SM CHINA CO., LTD., JESWICK SHIPPING LTD., COSCO (HK) SHIPPING CO., LTD.,

                Defendants.

**CERTIFICATE OF MAILING**

07 CV 8812 (DLC)

*U.S. DISTRICT COURT FILED OCT 24 2007 S.D. OF N.Y.*

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**24TH day of October , 2007**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**12TH day of October, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 632 895 655 US

*J. Michael McMahon*
CLERK

Dated: New York, NY

# Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW
Proctors in Admiralty
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

October 15, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



Re: ...L, INC., v. M/V KANG SHUN *et al.*

...s and Complaint on the following
...o Federal Rules of Civil Procedure Rule

...PING CO. LTD.
...s, COSCO TOWER,
...Central

Very truly yours,

HMK/jb
Encl.