

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAN FERROSTAAL, INC.,

Plaintiff,

-V-

M/V KANG SHUN her engines, boilers, tackles etc., SM
CHINA CO., LTD., JESWICK SHIPPING LTD., COSCO
(HK) SHIPPING  CO., LTD.,

Defendants.

**CERTIFICATE OF MAILING**

07 CV 8812  (DLC)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**24ᵀᴴ  day of October , 2007**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**12ᵀᴴ  day of October, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New
York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 632 895 647 US

CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*

ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

———

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

October 15, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

L, INC., v.  M/V KANG SHUN *et al.*
)

as and Complaint on the following
to Federal Rules of Civil Procedure Rule

TD
orld Tower No. 300
ad
China

Very truly yours,

HMK/jb
Encl.

---

Registered No. RB632895647US

Date Stamp

| | | | |
|---|---|---|---|
| Reg. Fee $ | $10.1_ | | 0004 |
| Handling Charge $ | $0.00 | Return Receipt $ | $2.15 | 08 |
| Postage $ | $1.80 | Restricted Delivery $ | $0.00 | 10/24/07 |

Received

Customer Must Declare Full Value $  $0.00

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

FROM
KINGSLEY KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
Our Ref.: FS 7909

TO
SM CHINA CO.K LTD.
Hong Kong New World Tower No.300
Huaihai Zhong Road
Shanghai 20021 China

PS Form 3806, June 2002     Receipt for Registered Mail     Copy 1 - Customer     (See Information on Reverse)

For delivery information, visit our website at *www.usps.com* ®