HMK/mhb FS 7909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAN FERROSTAAL, INC.,

        Plaintiff,                                  07 CIV 8812 (DLC)
                                                      ECF CASE

    -against-

M/V KANG SHUN, her engines, boilers, tackle, etc.,   **VOLUNTARY**
SM CHINA CO., LTD., JESWICK SHIPPING LTD.,       **DISMISSAL**
COSCO (HK) SHIPPING CO., LTD.

        Defendants
------------------------------------------------------------X

    No answer having been filed in this action, it is hereby dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:   March 17, 2008

                                                  KINGSLEY, KINGSLEY & CALKINS
                                                  Attorneys for Plaintiff

                                                  BY: _____
                                                  HAROLD M. KINGSLEY
                                                  91 W. Cherry Street
                                                  Hicksville, New York 11801
                                                  (516) 931-0064